UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

-against-

                                                Case No. 7:01-mj-1204

Scott Kirsh

                        Defendant.
_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                        SO ORDERED.

                                                        Hon. Martin R. Goldberg
                                                       United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
         Poughkeepsie,, New York